1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10
11
12   FRANKIE FIDEL JARAMILLO,        )      No. CV 09-7689-AHM(CW)
                                     )
13                  Petitioner,      )      JUDGMENT
                                     )
14        v.                         )
                                     )
15   WARDEN,                         )
                                     )
16                  Respondent.      )
     _____)
17
18
19        **IT IS ADJUDGED** that this action is dismissed without prejudice.

20
21
22   DATED: November 6, 2009
23
24   **JS-6**                              _____
                                                  A. HOWARD MATZ
25                                         United States District Judge
26
27
28